| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christopher Grivakes, SBN 127994<br>Damion Robinson, SBN 262573<br>Affeld Grivakes LLP<br>2049 Century Park East, Ste. 2460<br>Los Angeles, CA 90067<br>T: (310) 979-8700<br>F: (310) 979-8701<br>E: dr@agzlaw.com | |
| ☐ Individual appearing without attorney<br>X Attorney for Affeld Grivakes LLP | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Layfield & Barrett, APC<br><br>Debtor(s). | CASE NO.: 2:17-19548<br>CHAPTER: 11<br>ADVERSARY NO.: 2:19-01069 |
|---|---|
| Rodney Pimentel<br><br>Plaintiff(s),<br>vs.<br><br>Affeld Grivakes LLP<br><br>Defendant. | **NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ADVERSARY COMPLAINT AGAINST DEFENDANT AFFELD GRIVAKES LLP ONLY** |

PLEASE TAKE NOTE that the order titled Order Granting Motion to Dismiss With Prejudice Adversary Proceeding Against Defendant Affeld Grivakes Only was lodged on October 2, 2019 and is attached.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 1                        F 9021-1.2.ADV.NOTICE.LODGMENT

1  David W. Affeld, State Bar No. 123922
2  Christopher Grivakes, State Bar No. 127994
   Damion D. D. Robinson, State Bar No. 262573
   AFFELD GRIVAKES LLP
3  2049 Century Park East, Suite 2460
   Los Angeles, California 90067
4  Telephone: (310) 979-8700
   Facsimile: (310) 979-8701
5  Email: dwa@agzlaw.com; cg@agzlaw.com; dr@agzlaw.com

6  Attorneys for AFFELD GRIVAKES LLP

7

8               UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10              LOS ANGELES DIVISION

11

| In re: | Case No.: 2:17-bk-19548-NB |
|---|---|
| LAYFIELD & BARRETT, APC, | Adversary No. 2:19-ap-01069-NB |
| Debtor, | Chapter 11 |
|  | *Assigned for all purposes to*: The Honorable Neil W. Bason |
| RODNEY PIMENTEL, | **PROPOSED ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ADVERSARY COMPLAINT AS TO DEFENDANT AFFELD GRIVAKES LLP ONLY** |
| Plaintiff, |  |
| vs. |  |
| PHILIP JAMES LAYFIELD; AFFELD GRIVAKES LLP, a California Limited Liability Partnership, and DOES 1-10, inclusive, |  |
| Defendants. |  |

- 1 -

ORDER GRANTING MOTION TO DISMISS ADVERSARY COMPLAINT

At the hearing on the motion of defendant Affeld Grivakes LLP ("AG") to dismiss with prejudice the adversary complaint filed against it by plaintiff Rodney Pimentel ("Pimentel"), the Court granted the motion and adopted its tentative ruling attached hereto as its final ruling.

####

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
Judge Neil Bason, Presiding
Courtroom 1545 Calendar

| Tuesday, October 1, 2019 | Hearing Room 1545 |
|---|---|

**2:00 PM**
**2:17-19548    Layfield & Barrett, APC**    **Chapter 11**

#4.00    Cont'd Status Conference re: Chapter 11 Case
fr. 9/19/17, 10/17/17, 4/17/18, 5/1/18, 7/10/18, 9/18/18,
10/26/18, 12/6/18, 12/18/18, 2/5/19, 03/05/19, 04/02/19
04/30/19, 06/04/19, 7/30/19, 9/10/19

Docket    323

**Tentative Ruling:**

**Tentative Ruling for 10/1/19:**
Appearances are not required on 10/1/19. See below for tentative dispositions of various matters, and continuances.

(1) Current matters
   (a) Combined Status Conference
   This Status Conference involves two related bankruptcy cases and associated matters: (a) *In re Layfield & Barrett, APC,* Case No. 2:17-bk-19548-NB ("L&B"); (b) *In re Layfield,* Case No. 2:18-bk-15829-NB ("Lay-Invol."); (c) *Pimentel v. Layfield et al.,* Adv.No. 2:19-ap-01069-NB ("Pimentel Adv."); (d) *Affeld Grivakes LLP v. Pachulski,* Adv. No. 2:19-ap-01028-NB ("Affeld Grivakes Adv.").

   (b) Affeld Grivakes Adv, status conference
   This Court has reviewed the parties' joint status report (Affeld Grivakes Adv.dkt.9). The tentative ruling is to set a discovery cutoff of October 31, 2019, a trial date of 12/3/19 at 9:00 a.m., and a pretrial conference of 11/12/19 at 2:00 p.m. The parties are directed to review the posted Procedures of Judge Bason regarding trials (available at www.cacb.uscourts.gov).

   (c) L&B, status conference
   Continue to 10/15/19 at 2:00 p.m., to be heard concurrently with related matters. No status report required.

   (d) Lay-Invol, status conference
   Continue to 10/15/19 at 2:00 p.m., to be heard concurrently with

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Judge Neil Bason, Presiding**
**Courtroom 1545 Calendar**

Tuesday, October 1, 2019                                            Hearing Room    1545

2:00 PM
**CONT...    Layfield & Barrett, APC                                Chapter 11**
related matters. No status report required.

    (e) <u>Pimentel Adv., Affeld Grivakes' motion to dismiss first amended complaint (adv. dkt. 24) ("MTD"), Mr. Pimentel's opposition (adv. dkt. 30), Affeld Grivakes' reply (adv. dkt. 32)</u>
    The tentative ruling is to grant the MTD, without leave to amend, *only as against Affeld Grivakes LLP* ("Affeld-G"), as follows.
        (i) <u>Plaintiff has not alleged sufficient facts to state a claim for constructive trust or restitution, and any associated declaratory relief</u>
    Plaintiff's first claim for relief appears in parts to seek only declaratory relief, and in other parts it apparently seeks a constructive trust against settlement proceeds that allegedly were used to fund the litigation of cases transferred from Layfield & Barret (the alleged alter ego of Mr. Layfield) to Mr. Barrett and then from him to Affeld-G. Specifically, Plaintiff alleges that an unspecified amount of funds owed to Plaintiff "were used to fund one or two of Layfield's pending contingency fee cases." (First Amended Complaint ("FAC"), adv. dkt. 20, p. 8:3-4).
    Plaintiff has not cited any legal authority establishing the imposition of a constructive trust on facts similar to those alleged in the FAC – *i.e.* where Plaintiff's money was allegedly converted into services that were commingled with other services that resulted in a recovery in a different case. The tentative ruling is that this is several "bridges too far" - Plaintiff may well have a claim against L&B and/or Mr. Layfield (and possibly others, such as Mr. Barrett), but the FAC fails to allege sufficient grounds for the imposition of any constructive trust in these circumstances.
    Absent any constructive trust, the other aspects of this claim for relief do not appear to have any basis. The tentative ruling is that Plaintiff has failed to state a claim for relief for declaratory relief, the imposition of a constructive trust, or restitution.
        (ii) <u>Plaintiff has not alleged sufficient facts to state a claim for relief under 727(a)(2)</u>
    Plaintiff's second claim for relief asserts a claim under 11 U.S.C. Section 727(a)(2). Although Plaintiff argues in opposition to the MTD that he has alleged sufficient facts to state a claim for avoidance of a fraudulent transfer (adv. dkt. 30, p. 13:1-3), he insists that he is only seeking relief under Section 727 and not 11 U.S.C. 548 (*id.*, p. 30:5-14). Because Section 727 is limited to whether to grant or deny a debtor's discharge, and Affeld-G is not a

**United States Bankruptcy Court**
**Central District of California**
Los Angeles
**Judge Neil Bason, Presiding**
**Courtroom 1545 Calendar**

| Tuesday, October 1, 2019 | Hearing Room 1545 |

**2:00 PM**
**CONT...    Layfield & Barrett, APC**      **Chapter 11**

debtor, Plaintiff has not and cannot state a claim against Affeld-G under Section 727(a)(2).

    (iii) <u>Plaintiff's request for leave to amend</u>
The tentative ruling is that, for the reasons stated above, leave to amend would be futile. The tentative ruling is to dismiss the complaint (solely as against Affeld-G) without leave to amend.

(2) <u>Deadlines/dates</u>. The L&B case was filed as an involuntary chapter 7 on 8/3/17 and converted to chapter 11 on 8/11/17 (L&B dkt. 25). The Lay-Invol case was filed as an involuntary chapter 7 case on 5/21/18 and an order for relief was entered on 12/12/18 (Lay-Invol dkt. 160, 161).
    (a) <u>L&B Bar date</u>: 2/5/18 (timely served, L&B dkt. 133, 157)
    (b) <u>Lay-Invol Bar date</u>: 4/12/19 (timely served, Lay-Invol dkt.180)
    (c) <u>L&B Plan/Disclosure Statement*</u>: TBD. Do not file or serve until further order of this court.
    (d) <u>Continued status conferences (L&B and Lay-Invol)</u>: continue to 10/15/19 at 2:00 p.m. No status report required.
*<u>Warning</u>: special procedures apply (*see* order setting initial status conference).

**Revised Tentative Ruling for 9/10/19**
<u>Appearances required</u>, except for in *Pachulski v. Young et al.*, Adv. Case No. 2:18-ap-01233-NB.

(1) <u>Current matters</u>
    (a) <u>Combined Status Conference</u>
This Status Conference involves two related bankruptcy cases and associated matters: (a) *In re Layfield & Barrett, APC,* Case No. 2:17-bk-19548-NB ("L&B"); (b) *In re Layfield,* Case No. 2:18-bk-15829-NB ("Lay-Invol."); (c) *Pachulski v. Young et al.*, Adv. Case No. 2:18-ap-01233-NB ("Preference Adv."); (d) *Pimentel v. Layfield et al.*, Adv. Case No. 2:19-ap-01069-NB ("Pimentel Adv."); (e) *Pachulski v. Layfield et al.*, Adv. Case. No. 2:19-ap-01071-NB ("Dischargeability Adv.")
On the individual motions discussed below, this Court anticipates issuing a written "Memorialization of Tentative Rulings" which can then be incorporated by reference into the orders on each motion, subject to any changes to the tentative rulings that this Court may make at the hearing.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF PROPOSED ORDER GRANTING MOTION TO DISMISS WITH PREJUDICED ADVERSARY COMPLAINT AGAINST DEFENDANT AFFELD GRIVAKES LLP ONLY**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 2, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Yana G. Henriks: yhenriks@law-mh.com
United States Trustee: estpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date* October 2, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Yana Henriks
McMurrary Henriks
5670 Wilshire Blvd, Ste 1450
Los Angeles, CA 90036

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 3, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/2/2019 | Christopher Grivakes | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                Page 2                         F 9021-1.2.ADV.NOTICE.LODGMENT